# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE:   BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM                               MDL NO. 2326
PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO:

*McLean v. Boston Scientific Corp.*               Civil Action No. 2:13-cv-27119

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order of this date, the court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

ENTERED:   March 10, 2015

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE